UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**WILLIE R BRIGGS**     **CASE NO. 6:21-CV-02120**

**VERSUS**     **JUDGE ROBERT R. SUMMERHAYS**

**JOSE G CASTILLO ET AL**     **MAGISTRATE JUDGE PATRICK J. HANNA**

## JUDGMENT

Before this Court is a motion to dismiss filed by defendant Jose G. Castillo ("Castillo"). (Rec. Doc. 5). This motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motion to dismiss filed by defendant Castillo (Rec. Doc. 5) is DENIED at this time. Plaintiff shall institute service upon defendant Castillo as detailed in the Report and Recommendation or all claims against this defendant will be subject to dismissal.

Signed at Lafayette, Louisiana, this 15th day of February, 2022.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE